# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:08 CR 128-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| GLENDA ALBRIGHT ADAMS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS CAUSE** coming on to be heard before the undersigned, pursuant to a motion entitled " Motion to Continue" (#136). In the motion, the defendant requests that the undersigned continue the above referenced matter so that the defendant can complete her treatment under the "CHAMPS" program. This court does not have the authority to continue the trial of this matter which is scheduled for March 2, 2009. The undersigned can continue the Rule 11 proceeding that is set for February 18, 2009 until February 25, 2009 to give defendant's counsel an opportunity to present a motion to continue the trial of the matter to the District Court for the District Court's consideration.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the defendant's "Motion to Continue" (#136) is hereby **GRANTED** for the sole purpose of continuing the Rule 11 proceeding scheduled for February 18, 2009 and that said Rule 11 proceeding is scheduled for February 25, 2009.

Signed: February 25, 2009

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge

2