**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:08cr128-1**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| | ) | |
| GLENDA ALBRIGHT ADAMS. | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Defendant's filing [Doc. 474], which the Court construes as a motion to amend.

The Defendant requests leave to amend "a motion already before this Court." A review of the docket reveals, however, that the Defendant currently has no motion pending before the Court. Accordingly, the Defendant's motion for leave to amend must be denied as moot.

**IT IS, THEREFORE, ORDERED** that the Defendant's filing [Doc. 474], which the Court construes as a motion to amend, is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Signed: June 10, 2011

Martin Reidinger
United States District Judge